## FOSKEY *v.* THE STATE.

LEWIS, J.   While the evidence of the defendant's guilt in this case is not entirely satisfactory to this court, yet, the verdict not being without evidence to support it, the discretion of the trial judge in overruling the motion for a new trial will not be interfered with.

*Judgment affirmed. All the Justices concurring.*

Argued October 3, — Decided October 13, 1898.

Indictment for murder.   Before Judge Gamble.   Emanuel superior court.   June 20, 1898.

*Saffold & Mitchell,* for plaintiff in error.

*B. T. Rawlings, solicitor-general,* contra.

---

## SMITH *v.* THE STATE.

FISH, J.   The refusal to order the issuance of the writ of certiorari in a criminal case tried in the county court was error, when the petition, which purported to specify all the evidence introduced upon the trial, contained no proof of the venue, and assigned as error that the conviction of the petitioner was contrary to law and the evidence.            *Judgment reversed. All the Justices concurring.*

Submitted October 3, — Decided October 13, 1898.

Certiorari.   Before Judge Smith.   Irwin superior court. July 6, 1898.

*Jay & Henderson,* for plaintiff in error.

*Tom Eason, solicitor-general,* and *W. F. Way,* contra.